State *vs.* Henry S. Taft.

PROVIDENCE—JULY 18, 1898.

Present : Matteson, C. J., Stiness, Tillinghast, Rogers, Douglas, and Bosworth, JJ.

Practice of the art of "metaphysical healing," for reward without registration and license, is not a violation of Gen. Laws R. I. cap. 165; and the question of the constitutionality of the act is not open to a defendant in a complaint thereunder when the evidence shows only the practice of such art.

Complaint charging the unlawful practice of medicine. Certified from a District Court and heard on constitutional questions.

Per Curiam. The defendant was adjudged probably guilty by the District Court of the Sixth Judicial District, of a violation of cap. 165, Gen. Laws R. I., " of the practice of medicine." The defendant, who is a believer in metaphysical healing, claims that said chapter, so far as it relates to the acts complained of, is in violation of Art. 1, § 3, Const. R. I.

Although the testimony differs somewhat in character from that in *State* v. *Mylod, ante* 632, and *State* v. *Anthony, ante* 644, it fails to show that the defendant, in the statutory sense, was guilty of an unlawful practice of medicine. This being so, the constitutional question is not before the court. See opinion, *State* v. *Mylod.*

*Charles F. Stearns, Assistant Attorney-General,* for the State.

*Henry J. Spooner and Warren R. Perce,* for defendant.